# HEARING MINUTES AND ORDER

**Cause Number**: 13CV3674

**Style**: Errick Lynn Williams, *et al.*, v. Peggy Fulford, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Carlton Wilde Jr./Kenneth Freed | Plaintiff |
| No appearance | Defendant |

**Date**: January 6, 2014  **ERO**:
**Time**: 11:08 a.m. - 12:25 p.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

No appearance by Defendants or their counsel, despite actual notice of the hearing and service of process on Defendants.

Preliminary injunction hearing held. Plaintiffs' Exhibits 1 thru 5 are offered and admitted. Testimony heard. Court makes preliminary findings of fact and conclusions of law on the record and orally grants the preliminary injunction request. A proposed written Preliminary Injunction order to be provided by Plaintiffs to the Court by 4:00 p.m. today.

The Court will transfer this case to Florida. Proposed order to transfer to be provided to the court by **January 7, 2014.**

Motion to Withdraw (as Limited Counsel) for Defendants by William Dyer [Doc. # 10] is GRANTED in accordance with the record in open court.

**SIGNED** at Houston, Texas this 6th day of January, 2014.

_____
Nancy F. Atlas
United States District Judge