UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Errick Lynn Williams and<br>Kristin Barnes Williams,<br><br>Plaintiffs,<br><br>v.<br><br>Peggy Fulford, a/k/a Peggy Williams,<br>a/k/a Peggy King, a/k/a Peggy<br>Ann Berard and<br>King Management Group and<br>Associates, LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:13-cv-03674 |

## AFFIDAVIT OF ERRICK LYNN WILLIAMS

| | |
|---|---|
| THE STATE OF TEXAS | §<br>§ |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Errick Lynn Williams who, upon oath, after first being duly sworn, deposed and stated:

"My name is Errick Lynn Williams. I am competent to make the statements herein and I am over the age of eighteen years of age. I have personal knowledge of the facts given below.

I am married to Kristin Barnes Williams, the co-plaintiff in this lawsuit. I am currently employed as an analyst for ESPN's Longhorn Network and an assistant coach at University of the Incarnate Word in San Antonio.

In 2007, I entered into an oral agreement to have Peggy Fulford, a/k/a Peggy Williams, a/k/a Peggy King, a/k/a Peggy Ann Berard, ("Ms. Fulford") and King Management Group and Associates, LLC ("King Management") manage my wife's and my assets. Prior to, and consistently throughout the course of

1



managing our assets, Ms. Fulford represented herself to be a graduate of Harvard Law School, licensed to practice law in the State of Texas, and a graduate Harvard Business School.

Between 2007 and 2012, I earned income of approximately eleven million dollars. On or about August 15, 2008, Ms. Fulford and I established a joint checking account (the "Joint Account") at SunTrust Bank in Orlando, Florida. Without my knowledge or permission, Ms. Fulford received and used a debit card for the Joint Account. I was never provided a debit card for the Joint Account. After opening the Joint Account, Ms. Fulford established at least six other accounts at SunTrust Bank under several different names, including King Management.

Between opening the Joint Account and August 2012, approximately six million dollars was transferred via account transfers, wire transfers, check card debits, written checks, or cash withdrawals out of the Joint Account by Ms. Fulford, without my authorization or knowledge. These transfers included, but were not limited to, mortgage payments, credit card payments, retail purchases, airline purchases, miscellaneous debits and withdrawals, transfers via written checks, and wire transfers to unidentified accounts. From 2011 until 2013, Ms. Fulford resided in Harris County, Texas, and a substantial amount of the unauthorized transfers occurred in that period.

In 2013, my wife and I discovered these unauthorized transfers. Upon discovery, my wife made repeated attempts to contact Ms. Fulford, seeking information concerning Plaintiffs' assets. On or about September 2013, Ms. Fulford ceased all communications with my wife.

My 2010 personal income tax return was prepared by Ms. Fulford. On or about August 2012, the Internal Revenue Service ("IRS") audited my 2010 personal tax return and contacted me for additional information (the "2010 audit").

As part of the agreement to manage our assets, Ms. Fulford was to prepare and file my personal taxes. Due to Ms. Fulford's failure to supply the IRS with substantiation for approximately $782,983.00 of deductions taken on my 2010 personal income tax return, the IRS disallowed such deductions and assessed a tax deficiency and related penalty of approximately $375,000.00 for the tax year 2010. The records attached to Plaintiffs' Verified Original Complaint and Application for Temporary Restraining Order and Preliminary Injunction as Exhibit "A" are the originals or exact duplicates of the originals of correspondence from the IRS demonstrating the tax deficiency. On or about July 2013, the IRS closed the 2010 audit and sent the file to the IRS Collections Department. Additionally, and contrary to our agreement, Defendants failed to

file a tax return for me for 2011 and 2012. In order to potentially settle the 2010 deficiency and file accurate returns for 2011 and 2012, I must respond to the IRS with accurate, verifiable information about my financial history before the end of this year.

In addition to the IRS matter, my wife and I are completely dependent on Ms. Fulford to provide a monthly stipend of money to pay even the most basic living expenses. The stipend is paid irregularly, from inconsistent sources, and in unpredictable amounts. The stipend has been previously distributed to me and my wife in the form of a wire transfer from Defendants' Sun Trust accounts, a personal check from Ms. Fulford's personal checking account, or a cashier's check.

I have been unable to verify the existence or location of any of my wife's and my assets managed by Defendants.

FURTHER AFFIANT SAYETH NOT."

_____
Errick Lynn Williams

SUBSCRIBED AND SWORN TO before me by Errick Lynn Williams on this _____ day of December, 2013.



_____
Notary Public in and for
The State of Texas

3