# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Errick Lynn Williams and<br>Kristin Barnes Williams,<br><br>Plaintiffs,<br><br>v.<br><br>Peggy Fulford, a/k/a Peggy Williams,<br>a/k/a Peggy King, a/k/a Peggy<br>Ann Berard and<br>King Management Group and<br>Associates, LLC<br><br>Defendants. | Civil Action No. 4:13-cv-03674 |

## AFFIDAVIT OF KRISTIN BARNES WILLIAMS

THE STATE OF TEXAS §
§
COUNTY OF TRAVIS §

BEFORE ME, the undersigned authority, on this day personally appeared Kristin Barnes Williams who, upon oath, after first being duly sworn, deposed and stated:

"My name is Kristin Barnes Williams. I am competent to make the statements herein and I am over the age of eighteen years of age. I have personal knowledge of the facts given below.

I am married to Errick Lynn Williams, the co-plaintiff in this lawsuit.

In 2007, my husband entered into an oral agreement to have Peggy Fulford, a/k/a Peggy Williams, a/k/a Peggy King, a/k/a Peggy Ann Berard, ("Ms. Fulford") and King Management Group and Associates, LLC ("King Management") manage our assets. Prior to, and consistently throughout the course of managing our assets, Ms. Fulford represented herself to be a graduate of Harvard Law School, licensed to practice law in the State of Texas, and a graduate Harvard Business School.

1



Between 2007 and 2012, my husband earned income of approximately eleven million dollars. On or about August 15, 2008, Ms. Fulford and my husband established a joint checking account (the "Joint Account") at SunTrust Bank in Orlando, Florida. Without my knowledge or permission, Ms. Fulford received and used a debit card for the Joint Account. I was never provided a debit card for the Joint Account. After opening the Joint Account, Ms. Fulford established at least six other accounts at SunTrust Bank under several different names, including King Management.

Between opening the Joint Account and August 2012, approximately six million dollars was transferred via account transfers, wire transfers, check card debits, written checks, or cash withdrawals out of the Joint Account by Ms. Fulford, without my authorization or knowledge. These transfers included, but were not limited to, mortgage payments, credit card payments, retail purchases, airline purchases, miscellaneous debits and withdrawals, transfers via written checks, and wire transfers to unidentified accounts. From 2011 until 2013, Ms. Fulford resided in Harris County, Texas, and a substantial amount of the unauthorized transfers occurred in that period.

In 2013, I discovered these unauthorized transfers. Upon discovery, I made repeated attempts to contact Ms. Fulford, seeking information concerning Plaintiffs' assets. On or about September 2013, Ms. Fulford ceased all communications with me.

As part of the agreement to manage our assets, Ms. Fulford was to prepare and file my husband's personal taxes. I spoke with the IRS agent who corresponded with Ms. Fulford about my husband's tax returns. During the course of Ms. Fulford's discussions with the IRS, Ms. Fulford consistently maintained that she had substantiation for all deductions on Mr. Williams's tax return, but consistently failed to supply them. On or about December 2012, Ms. Fulford abruptly ceased communications with the IRS.

Due to Ms. Fulford's failure to supply the IRS with substantiation for approximately $782,983.00 of deductions taken on my husband's 2010 personal income tax return, the IRS disallowed such deductions and assessed a tax deficiency and related penalty of approximately $375,000.00 for the tax year 2010. The records attached to Plaintiffs' Verified Original Complaint and Application for Temporary Restraining Order and Preliminary Injunction as Exhibit "A" are the originals or exact duplicates of the originals of correspondence from the IRS demonstrating the tax deficiency. On or about July 2013, the IRS closed the 2010 audit and sent the file to the IRS Collections Department. Additionally, and contrary to the agreement, Defendants failed to file a tax return for my husband for 2011 and 2012. In order to potentially settle

2

the 2010 deficiency and file accurate returns for 2011 and 2012, my husband must respond to the IRS with accurate, verifiable information about his financial history before the end of this year.

In addition to the IRS matter, my husband and I are completely dependent on Ms. Fulford to provide a monthly stipend of money to pay even the most basic living expenses. The stipend is paid irregularly, from inconsistent sources, and in unpredictable amounts. The stipend has been previously distributed to me and my husband in the form of a wire transfer from Defendants' Sun Trust accounts, a personal check from Ms. Fulford's personal checking account, or a cashier's check.

On or about November 6, 2013, my lawyer contacted Ms. Fulford via telephone to discuss the 2010 audit and Plaintiffs' finances. During that telephone conference, Ms. Fulford represented that she would provide my lawyer with copies of all of my husband's and my financial records, including all information related to the history of our past and current investments. As of the filing of this Complaint, the only documents that Ms. Fulford has supplied to my lawyer are ten (10) months of bank statements from the bank account of the Ricky Williams Foundation, a non-profit organization wholly unrelated to our personal financial assets. Additionally, Ms. Fulford represented to my lawyer that our sole asset was a 1.9 million dollar investment in a private equity fund named Premier Financial (the "Private Equity Investment"). Ms. Fulford represented that the Private Equity Investment was made in 2011 and did not allow for the funds to be removed prior to 2017. I have been unable to verify the existence or location of any of our assets that are managed by Defendants, including the Private Equity Investment.

FURTHER AFFIANT SAYETH NOT."

_Kristin_ (signature)

_____
Kristin Barnes Williams

SUBSCRIBED AND SWORN TO before me by Kristin Barnes Williams on this 20 day of December, 2013.



JAN ALLGOOD
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
06-15-2014

_____
Notary Public in and for
The State of Texas

3

299697v.1 W544/00001