# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Errick Lynn Williams and | § | |
| Kristin Barnes Williams, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | Civil Action No. 4:13-cv-03674 |
| v. | § | |
| | § | |
| Peggy Fulford, a/k/a Peggy Williams, | § | |
| a/k/a Peggy King, a/k/a Peggy | § | |
| Ann Berard and | § | |
| King Management Group and | § | |
| Associates, LLC | § | |
| | § | |
| **Defendants.** | § | |

## AFFIDAVIT OF REBEKAH HILLIARD

| | |
|---|---|
| THE STATE OF MONTANA | § |
| | § |
| COUNTY OF  Flathead | § |

BEFORE ME, the undersigned authority, on this day personally appeared Rebekah Hilliard who, upon oath, after first being duly sworn, deposed and stated:

"My name is Rebekah Hilliard. I am competent to make the statements herein and I am over the age of eighteen years of age. I have personal knowledge of the facts given below. They are true, correct, and within my personal knowledge.

I am married to Lex Hilliard. Lex is an NFL football player. Lex and I hired Peggy Fulford to be our financial advisor. That relationship lasted from approximately October of 2012 through May of 2013.

Ms. Fulford told me she was an attorney and that she had graduated from the Harvard Law School. She also told me she had made millions of dollars working on Wall Street and had lived in a condominium in Trump Tower in New York City.

My husband and I became dissatisfied with Ms. Fulford and terminated her as our financial advisor. We believe she has misappropriated money from us

1


EXHIBIT
3

and we are in the process of determining our damages and hiring an attorney to represent our interests.

During the entire time our relationship with Ms. Fulford lasted, from October 2012 through May of 2013, I communicated with her at the following physical address: 2533 Goldsmith, Houston, Texas and the following email address: Peggy.kmg@gmail.com.

FURTHER AFFIANT SAYETH NOT."

_____
Rebekah Hilliard

STATE OF MONTANA       §
                       §
COUNTY OF Flathead     §

This instrument was signed and sworn to before me by Rebekah Hilliard on this 20th day of December, 2013.

_____
Notary Public, The State of Montana

VALERIE J. SOUTHER
NOTARY PUBLIC for the
State of Montana
Residing at Kalispell, Montana
My Commission Expires
August 22, 2017

299807v.1 W544/00001