UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Errick Lynn Williams and** | § | |
| **Kristin Barnes Williams,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:13-cv-03674 |
| v. | § | |
| | § | |
| **Peggy Fulford, a/k/a Peggy Williams,** | § | |
| **a/k/a Peggy King, a/k/a Peggy** | § | |
| **Ann Berard and** | § | |
| **King Management Group and** | § | |
| **Associates, LLC** | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF DAHR JAMAIL

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Dahr Jamail who, upon oath, after first being duly sworn, deposed and stated:

"My name is Dahr Jamail. I am competent to make the statements herein and I am over the age of eighteen years of age. I have personal knowledge of the facts given below.

In the fall of 2012, I met with Peggy Fulford in Houston, Texas. I was meeting with her in her capacity as financial advisor and manager for Ricky Williams and Kristin Barnes. During that meeting, she told me she was managing between $3,500,000 and $4,000,000 of money for Ricky Williams and Kristin Barnes. She also told me she was managing between $30,000,000 - $50,000,000 of monies located in multiple offshore bank accounts for other clients.

I spoke with Peggy Fulford on Friday, December 6, 2013 by telephone. During that meeting, she told me she had complete financial and tax records for Ricky Williams and that she would send the records to me by the end of the weekend. On Sunday, December 8, 2013, Peggy Fulford texted me that she

1



299961v.1 W544/00001

would be sending me the records we discussed. I have yet to receive any records from her."

FURTHER AFFIANT SAYETH NOT."

_____
Dahr Jamail

SUBSCRIBED AND SWORN TO before me by Dahr Jamail on this 23 day of December, 2013.

_____
Denise Davidson
Notary Public in and for
The State of Texas