UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)
Case No. 14-60037 CIV-ZLOCH

ERRICK LYNN WILLIAMS and
KRISTIN BARNES WILLIAMS,

      Plaintiffs,

v.

PEGGY FULFORD, a/k/a PEGGY
WILLIAMS, a/k/a PEGGY KING,
a/k/a PEGGY ANN BERARD
and KING MANAGEMENT GROUP
and ASSOCIATES, LLC

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiffs, Errick Lynn Williams and Kristin Barnes Williams hereby give notice of the dismissal of this action **without prejudice.**

| | |
|---|---|
| Dated: January 10, 2014 | Respectfully submitted,<br>The Haralson Law Firm<br>Attorney for Plaintiffs<br>7001 Biscayne Blvd., Second Floor<br>Miami, Florida  33138<br>Telephone:  (305) 758-4200<br>Fax: 866-210-7095<br>Email: pharalson@haralsonlawfirm.com<br><br>By: _s/Paul Haralson_____<br>      Paul Haralson, Esq.<br>      Florida Bar No. 832571 |

Case No. 14-60037 CIV-ZLOCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was electronically filed with the Clerk of Court. I also certify that the foregoing document is being served via regular mail and e-mail this 10th day of January, 2014, to:

Defendant Peggy Fulford
2841 NE 35th Court,
Fort Lauderdale, Florida 33308
pegggy.kmg@gmail.com

Defendant King Management Group and Associates, LLC
2805 E. Oakland Park Blvd #247,
Fort Lauderdale, Florida 33306
pegggy.kmg@gmail.com.

                                          By: __s/Paul Haralson_____
                                                Paul Haralson, Esq.