```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 14-60037-CIV-ZLOCH
```

ERRICK LYNN WILLIAMS and
KRISTIN BARNES WILLIAMS,

      Plaintiffs,                    **FINAL ORDER OF DISMISSAL**

vs.

PEGGY FULFORD a/k/a PEGGY
WILLIAMS a/k/a PEGGY KING
a/k/a PEGGY ANNY BERARD, KING
MANAGEMENT GROUP, and
ASSOCIATES LLC,

      Defendants.
_____/

     THIS MATTER is before the Court upon Plaintiffs Errick Lynn Williams and Kristin Barnes Williams's Notice Of Voluntary Dismissal Without Prejudice (DE 17).  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiffs Errick Lynn Williams and Kristin Barnes Williams's Notice Of Voluntary Dismissal Without Prejudice (DE 17) be and the same is hereby approved, adopted and ratified by the Court;

     2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

     3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of January, 2014.

                                               WILLIAM J. ZLOCH
                                             United States District Judge

Copies furnished:
All Counsel of Record